**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 06-6237**

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

MICHAEL ANTHONY BELL,

                                        Defendant - Appellant.

Appeal from the United States District Court for the District of
South Carolina, at Aiken.  Cameron McGowan Currie, District Judge.
(1:91-cr-00189-CMC-2; 1:05-cv-03383-CMC)

Submitted: May 16, 2006              Decided: May 23, 2006

Before WILLIAMS, MOTZ, and TRAXLER, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Michael Anthony Bell, Appellant Pro Se. Leesa Washington, OFFICE OF
THE UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Michael A. Bell seeks to appeal the district court's orders denying his motion to dismiss the indictment, which the district court construed as a 28 U.S.C. § 2255 (2000) motion, and granting in part and denying in part his motion for reconsideration. The orders are not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that any assessment of the constitutional claims by the district court is debatable or wrong and that any dispositive procedural ruling by the district court is likewise debatable. Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000); Rose v. Lee, 252 F.3d 676, 683-84 (4th Cir. 2001). We have independently reviewed the record and conclude that Bell has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

- 2 -